

IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

2012 APR -4 AM 10: 27

CHARLES VINCENT RICE,  )
                       )
     Petitioner,       )
                       )
v.                     )   CASE NO. CV412-34
                       )
AL ST. LAWRENCE,       )
                       )
     Respondent.       )
                       )

## O R D E R

Before the Court is the Magistrate Judge's Report and Recommendation (Doc. 6), to which objections have been filed (Doc. 9). After a careful de novo review of the record in this case, the Court finds Petitioner's objections without merit. Accordingly, the report and recommendation is **ADOPTED** as the Court's opinion in this case and Petitioner's § 2241 petition is **DISMISSED**. The Clerk is **DIRECTED** to close this case.

SO ORDERED this 4th day of April 2012.

WILLIAM T. MOORE, JR.
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA