FILED
U.S. DISTRICT COURT
SAVANNAH DIV.

2012 SEP 28  PM 2:28

CLERK_____
SO. DIST. OF GA.

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

CHARLES V. RICE,  )
                  )
    Petitioner-Appellant,  )
                  )
vs.               )   Case No. CV412-34
                  )
AL ST. LAWRENCE,  )
                  )
    Respondents-Appellees.  )

## O R D E R

The motion of appellant for a certificate of appealability having been denied and the motion of appellant for leave to proceed on appeal *in forma pauperis* having been denied as moot in the above-styled action by the United States Court of Appeals for the Eleventh Circuit,

**IT IS HEREBY ORDERED** that the order of the United States Court of Appeals for the Eleventh Circuit is made the order of this Court.

SO ORDERED, this 28th day of September, 2012.

_____
JUDGE WILLIAM T. MOORE, JR.,
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA